**WHOLE COURT**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.** **http://www.gaappeals.us/rules**

**January 13, 2020**

# In the Court of Appeals of Georgia

A17A0902. GOULD v. HOUSING AUTHORITY OF THE CITY OF AUGUSTA.

MCFADDEN, Chief Judge.

In *Housing Auth. of the City of Augusta v. Gould*, 305 Ga. 545 (826 SE2d 107) (2019), the Supreme Court of Georgia reversed the judgment of this court in *Gould v. Housing Auth. of the City of Augusta*, 343 Ga. App. 761 (808 SE2d 109) (2017). Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the superior court's dismissal of Carrie Gould's petition for certiorari.

*Judgment affirmed. Barnes, P. J., Miller, P. J., Doyle, P. J., McMillian, P. J., Mercier, Reese, Gobeil, and Coomer, JJ., concur.*